UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)**  22-55517

**Case Name**  Lucine Trim v. Reward Zone USA LLC, et al

Hearing Location (*city*)  Pasadena

Your Name  Adrian R. Bacon

List the sitting dates for the three sitting months you were asked to review:

June 5-9, 12-16, and 26-30; July 10-14 and 17-21; August 14-18 and 21-25

Do you have an unresolvable conflict on any of the above dates?  ⊙ Yes  ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

June 5-9, 12-16
I will be out of the country in early to mid June.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

⊙ Yes  ○ No

If yes, list the number, name, and hearing city of each of the other case(s):

22-55345, Lisa Kim, et al v. Tinder, Inc., et al, Pasadena

**Signature**  s/Adrian R. Bacon          **Date** February 28, 2023
(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 32**                                                                 *New 12/01/2018*